**BRANDYWINE PROCESS SERVERS, LTD**
P.O. BOX 1360
WILMINGTON, DE 19899

Bill To
MARK L. JAVITCH, ESQ.
210 S. ELLSWORTH AVE
#486
SAN MATEO, CA, 94401

EMAIL: brandywineps@comcast.net

302-475-2600              TAX ID 51-0267938

# INVOICE

INVOICE # 16380
DATE 9/3/2019

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
|  | MARK JAVITCH   V   BRANDREP LLC |  |
| 9/3/19 | BRANDREP LLC | $69.00 |

Amount Paid    $0.00

TERMS: PAYMENT DUE 20 DAYS

**AMOUNT DUE**    $69.00

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-CV-05451-JSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* BRANDREP LLC
was received by me on *(date)* 9/3/19

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AMY MCLAREN (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* BRANDREP LLC
C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801 on *(date)* 9/3/19 AT 12:30 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 9/3/19

*Server's signature*

DENORRIS BRITT         PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD, PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS; ECF REGISTRATION INFORMATION; ADR CERTIFICATION BY PARTIES AND COUNSEL; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

SWORN TO ME ON 9/3/19

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Mark Javitch | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:19-cv-05451 JSC |
| BrandRep LLC | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BrandRep LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mark L. Javitch
210 S. Ellsworth Ave #486
San Mateo CA 94401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

Date: 8/30/2019                                                *Signature of Clerk or Deputy Clerk*