Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney/Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. JAVITCH,<br><br>           Plaintiff,<br><br>v.<br><br>BRANDREP LLC, et. al.<br><br>           Defendants. | Case No.:  3:19-cv-05451-JSC<br><br>**STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE** |

WHEREAS, this case was filed on August 29, 2019, and the Court has set the due date for the case management statement for November 28, 2019, and the case management conference for December 5, 2019.

NOW, the Parties report that they are currently discussing settlement and believe they can resolve this case without a case management conference, as they are finalizing the terms of the settlement.

1 In order to facilitate settlement, the Parties request and hereby stipulate to extend the case management conference for two weeks until December 19, 2019 and the associated case management statement deadline to December 12, 2019.

Dated: November 26, 2019

Respectfully submitted,

**JAVITCH LAW OFFICE**

By: /s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

**LEGAL SOLUTIONS 2U**

By: /s/ George Hutchinson
George C. Hutchinson (CA SBN #138735)
24961 Del Monte St,
Laguna Hills, CA 92653-5618
(949) 689-9184

*Attorney for Defendant Brandrep LLC.*

PURSUANT TO STIPULATION, IT IS SO ORDERED

December 2, 2019

Jacqueline Scott Corley
United States Magistrate Judge