Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Plaintiff/Attorney*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. JAVITCH<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BRANDREP LLC, et. al.<br><br>　　　　　　Defendants. | Case No.: 3:19-cv-05451-JSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　Plaintiff MARK L. JAVITCH, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), gives notice that it hereby voluntarily dismisses all Defendants, with prejudice, with each side bearing its own costs and attorney's fees.


Dated: December 12, 2019


　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　By:  /s/ Mark L. Javitch         .
　　　　　　　　　　　　　　　　　　　Mark L. Javitch (SBN 323729)
　　　　　　　　　　　　　　　　　　　Javitch Law Office

1

| | |
|---|---|
| 1 | |
| 2 | 480 S. Ellsworth Ave.<br>San Mateo, CA 94401<br>Telephone: 650-781-8000<br>Facsimile: 650-648-0705<br>*mark@javitchlawoffice.com*<br>*Plaintif/Attorney* |

2

3:19-cv-05451-JSC